

# NUMBER 13-19-00546-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE BELINDA DE LA FUENTE LONGORIA AND ROSS LONGORIA

## On Petition for Writ of Mandamus.

## ORDER

### Before Chief Justice Contreras and Justices Hinojosa and Tijerina
### Per Curiam Order

Relators Belinda De La Fuente Longoria and Ross Longoria filed a petition for writ of mandamus in the above cause on October 22, 2019. Through this original proceeding, relators seek to compel the trial court to vacate various orders signed by a visiting judge. The Court requests that the real party in interest, Rosalinda Saenz, or any others whose interest would be directly affected by the relief sought, including but not limited to Bianca Apusen Villarreal d/b/a Trouble Title, file a response to the petition for writ of mandamus

on or before the expiration of ten days from the date of this order.  *See* TEX. R. APP. P.

52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
28th day of October, 2019.